**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Konnie Drake,<br><br>        Plaintiff,<br><br>v.<br><br>Living Spaces Furniture LLC,<br><br>        Defendant. | No. CV-22-01384-PHX-DWL<br><br>**AMENDED ORDER** |

As the parties are aware, the Final Pretrial Conference ("FPTC") is scheduled for August 26, 2025, at 11:00 a.m. (Doc. 76.)

In advance of the FPTC, the Court sent questionnaires to the prospective jurors containing the following questions: (1) "[W]ould the length of the trial or the proposed schedule create an undue hardship for you if selected to serve on the jury"; and (2) "Do you, or a member of your household, have any health concerns or disabilities [including COVID related concerns] that you believe might affect your duties as a juror or would make it difficult to be a fair, impartial and attentive juror?" The questionnaire also requested explanation in the event of a positive answer to either question.

The Court has now reviewed the questionnaires submitted by the prospective jury panel. The Court's tentative view is that the following prospective jurors should be dismissed: 19 (conflict with planned vacation), 25 (financial hardship and childcare concerns), 61 (work-related hardship and family support), 63 (childcare concerns), 67 (health issues), 72 (childcare concerns), 79 (childcare concerns), 80 (financial and work-

1  related hardship), 84 (work-related hardship), 90 (financial and work-related hardship), 102 (unavailable Sept. 2), 109 (health issues), 135 (health issues), 139 (financial hardship), 149 (work-related hardship and health issues), 164 (health issues), 171 (unavailable Sept. 11), 172 (childcare concerns), 175 (work-related hardship and childcare concerns), 188 (health issues), 190 (conflict with planned vacation), 193 (financial hardship), 201 (financial and work-related hardship), 219 (work-related hardship and family care concerns), 224 (childcare concerns), 227 (family care concerns and health issues), 228 (elder care concerns), 235 (commuting hardship and unavailable Sept. 2), 236 (family care concerns), 241 (work-related hardship), and 249 (unavailable Sept. 2).

Unless either party objects during the FTPC (in which case each individual objection will be further discussed), these prospective jurors will be dismissed. During the FPTC, the parties also may identify any additional prospective jurors, beyond the ones identified above, who they believe should be dismissed based on scheduling conflicts.

Finally, the Court recognizes that several prospective jurors have identified various other reasons why they feel they would be unable to serve. Such concerns will be addressed during jury selection on the first day of trial.

Dated this 22nd day of August, 2025.

Dominic W. Lanza
United States District Judge